# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

GILLERMO DEDIOS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 5:98CR292-1-V
USM Number: 13931-058

Stephen Carley
Defendant's Attorney

**FILED**
STATESVILLE, N.C.

**MAY 1 8 2005**

U.S. DISTRICT COURT
W. DIST. OF NC

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) 1, 2, 3, 4, 5, 6, 7, 8, 9 & 10 of the term of supervision.
___ Was found in violation of condition(s) count(s) _____ After denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to make required court payments | 4/5/04 |
| 2 | Failure to comply with drug testing/treatment requirements | 2/17/05 |
| 3 | New law violation | 5/22/04 |
| 4 | New law violation | 8/12/04 |
| 5 | New law violation | 9/30/04 |
| 6 | New law violation | 11/29/04 |
| 7 | New law violation | 12/17/04 |
| 8 | Failure to submit monthly supervision reports | 2/2005 |
| 9 | Failure to report to probation officer as instructed | 2/4/05 |
| 10 | Failure to report change in residence | 3/10/05 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 8/14/68

Defendant's Mailing Address:
c/o Mecklenburg Co. Jail
Charlotte, NC

Date of Imposition of Sentence: April 20, 2005

*Signature of Judicial Officer*

Richard L. Voorhees
United States District Judge

Date: 5-13-05

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THREE (3) MONTHS.

**COURT APPOINTED COUNSEL FEES ARE REMITTED.**

__X__  The Court makes the following recommendations to the Bureau of Prisons:

That defendant be designated to the York County Jail.

__X__  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

    ___ As notified by the United States Marshal.

    ___ At___ a.m. / p.m. on ___.

___  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ As notified by the United States Marshal.

    ___ Before 2 p.m. on ___.

    ___ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal